Stephanie Oblander
Kaitlyn J. McArthur
Smith Oblander & Meade, P.C.
104 2nd Street South, Suite 400
PO Box 2685
Great Falls, MT  59403-2685
Telephone: (406) 453-8144
steph@bigskylaw.com
kaitlyn@bigskylaw.com
*Attorneys for Defendant Allstate*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JOEL T. KOSTA,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No:  CV 20-115-SPW-TJC<br><br>**DEFENDANT ALLSTATE'S CORPORATE DISCLOSURE STATEMENT** |

COMES NOW the undersigned counsel for Defendant, Allstate Fire And Casualty Insurance Company ("AFCIC"), by and through its attorneys, and pursuant to Rule 7.1, F.R.Civ.P., provides the following disclosure:

AFCIC is the entity which issued the subject insurance policy to Plaintiff. AFCIC is a wholly-owned subsidiary of Allstate Insurance Company, which is an

Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Respectfully submitted this 8th day of August, 2020.

Smith Oblander & Meade, PC

/s/ Stephanie Oblander
Stephanie Oblander
P.O. Box 2685
Great Falls, Montana 59403-2685
Phone: (406) 453-8144
Fax: (406) 578-1853
Email: steph@bigskylaw.com
*Attorneys for Defendant Allstate*

CERTIFICATE OF SERVICE

I, Stephanie A. Oblander, of the law firm of Smith Oblander & Meade, P.C., do hereby certify that on the 8th day of August, 2020, I caused to be served the foregoing document in the above matter this date to:

| | |
|---|---|
| _1,2_ | CM/ECF |
| ___ | Hand delivery |
| ___ | Mail |
| ___ | Overnight delivery service |
| ____ | Fax |
| ____ | Email |

1. Clerk of US District Court
2. Craig Hensel, Esq.

Hensel Law
1780 N. Shiloh Rd., Suite B1
Billings, MT  59106

__/s/ Stephanie Oblander___
Stephanie Oblander
P.O. Box 2685
Great Falls, Montana 59403-2685
Attorneys for Defendant Allstate